UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON

CIVIL ACTION NO. 04-210-DLB

MONICA L. COOTS                                                                                    PLAINTIFF

vs.                                         **JUDGMENT**

JO ANNE B. BARNHART, Commissioner
SOCIAL SECURITY ADMINISTRATION                                                  DEFENDANT

******************

In conformity with the Memorandum Opinion and Order entered this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision is **REVERSED,** and this action is **REMANDED** for further consideration by the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).  In reviewing the record, the Court is unable to discern the factual basis for the ALJ's RFC assessment.  Therefore, remand for further review and consideration of this issue is necessary.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** and **STRICKEN** from the active docket of this Court.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** Order.

Dated this 7th day of March, 2006.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\SocialSecurity\MOOs\2-04-210-CootsJudgment.wpd